# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
OCT 22 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> COLIN DEWAYNE THREADGILL ) <br> ) | DOCKET NO.: **3:25-cr-308-KDB** <br><br> **BILL OF INDICTMENT** <br><br> Violations:  18 U.S.C. § 2119 <br> 18 U.S.C. § 922(g)(1) <br> 18 U.S.C. § 924(c) |

THE GRAND JURY CHARGES:

## COUNT ONE
*(Carjacking)*

On or about October 22, 2024, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**COLIN DEWAYNE THREADGILL,**

with intent to cause death and serious bodily harm, did unlawfully take from the person and presence of A.C. by force, violence, and intimidation, a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce, that is, a 2016 Dodge Challenger, in violation of Title 18, United States Code, Section 2119.

## COUNT TWO
*(Possession and Brandishing of a Firearm in Furtherance of a Crime of Violence)*

On or about October 22, 2024, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**COLIN DEWAYNE THREADGILL,**

did knowingly possess a firearm in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, Carjacking, a violation of Title 18, United States Code, Section 2119, as charged in Count One in this Bill of Indictment, incorporated by reference herein.

It is further alleged that said firearm was brandished, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

All in violation of Title 18, United States Code, Sections 924(c).

# COUNT THREE
*(Possession of a Firearm by a Felon)*

On or about October 22, 2024, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**COLIN DEWAYNE THREADGILL,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Glock 27 .40 caliber pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). Under Section 2461(c), criminal forfeiture is applicable to any offenses for which forfeiture is authorized by any other statute, including but not limited to 18 U.S.C. § 981 and all specified unlawful activities listed or referenced in 18 U.S.C. § 1956(c)(7), which are incorporated as to proceeds by Section 981(a)(1)(C). The following property is subject to forfeiture in accordance with Section 924 and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;
b. All firearms and ammunition involved or used in such violations; and
c. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) or (b) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a) and (b).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. A Glock 27 .40 caliber pistol seized during this investigation.

A TRUE BILL

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

/s/ Kimlani M. Ford
_____
KIMLANI M. FORD
ASSISTANT UNITED STATES ATTORNEY